IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In Re: )
 ) Case No.: 22-03126-TOM13
EDRA M BROWDER, )
SSS: ###-##-7504 )
 )
 )
 Debtor. )
 )

TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and objects to the confirmation of Debtor's plan and moves to dismiss this case based upon the following grounds:

1. The §341 Meeting of Creditors has been continued to February 15, 2023 at 9:30 a.m.

2. The Debtor is not paying as proposed in the plan.

WHEREFORE, the Trustee objects to the confirmation of the Debtor's plan and moves to dismiss this case. The Trustee prays for such other relief as the Court deems appropriate.

Bradford W. Caraway
Chapter 13 Standing Trustee

By: /s/Charles E. King
Charles E. King
Assistant Trustee
Post Office Box 10848
Birmingham, Alabama 35202
(205) 323-4631

UL

CERTIFICATE OF SERVICE

I hereby certify that a correct copy of the forgoing Objection has been forwarded by email or U.S. Mail to the following on this the 9th day of February 2023:

C TAYLOR CROCKETT, ATTY
taylor@taylorcrockett.com

EDRA M BROWDER
52 ASPEN COVE, APT. 204
BIRMINGHAM, AL 35209

/s/Charles E. King
Assistant Trustee

UL